No. 2211. People *v.* Prado.—Abandonment of minors. First District Court of San Juan.   March 18, 1924.

No. 2240. People *v.* Reyes.   Assault with intent to kill. District Court of Humacao.   March 18, 1924.

No. 2239. People *v.* Fontánez et al.—Assault and battery.   District Court of Humacao.   March 20, 1924.

No. 2213. People *v.* Monge.—Aggravated assault and battery.   First District Court of San Juan.   March 20, 1924.

No. 2215. People *v.* Venegas.—Aggravated assault and battery.   First District Court of San Juan.   March 21, 1924.

No. 2214. People *v.* Martínez.—Libel and slander.   First District Court of San Juan.   March 21, 1924.

No. 2219. People *v.* Pérez.—Violation of the Excise-Tax Law.   District Court of Arecibo.   March 25, 1924.

No. 2227. People *v.* Nieves.—Adulteration of milk.   District Court of Humacao.   March 27, 1924.

No. 2225. People *v.* Felicié.—Assault and battery.   District Court of Arecibo.   March 27, 1924.

No. 2247. People *v.* López.—False personation.   District Court of Arecibo.   March 27, 1924.

No. 2228. People *v.* Figueroa.—Mayhem.   District Court of Humacao.   March 28, 1924:

No. 2230. People *v.* García.—Voluntary manslaughter. District Court of Ponce.   March 28, 1924.